

# NUMBER 13-15-00239-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE ESTATE OF JACK LANG YBARGUEN, DECEASED

---

### On appeal from the County Court at Law No. 4
### of Cameron County, Texas

---

# ORDER ABATING APPEAL

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

The parties have filed a second joint motion to abate this appeal on the basis that the parties have reached a settlement in this case but require time to effectuate the agreement. The parties have agreed to settle this case and have signed and filed with the Court a Family Settlement Agreement. The parties request that this case be abated and returned to the trial court so that the estate can be administered in accordance with the Family Settlement Agreement.

The Court, having examined and fully considered the second motion to abate

the appeal, is of the opinion that it should be granted.   Accordingly, we GRANT the joint motion, ABATE the appeal, and permit proceedings in the trial court to effectuate the parties' agreement.   *See* TEX. R. APP. P. 42.1(a)(2)(C).   The appeal shall be abated until such time as the parties file a motion to reinstate and dismiss the appeal.   Such motion should be filed no later than November 16, 2015.   If the agreement is not finalized by that date, the parties shall file a report advising this Court on the status of the proceedings in the trial court.

PER CURIAM

Delivered and filed the
1st day of October, 2015.